SCWC-13-0001390

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PNC MORTGAGE, a Division of PNC Bank, N.A.,
Successor by Merger with National City Bank,
Respondent/Plaintiff-Appellee,

vs.

REIKO KONDO, NEWTOWN ESTATES COMMUNITY ASSOCIATION,
and HECTOR BALLESTEROS ENRIQUEZ,
Respondents/Defendants-Appellees,

and

PATRICIA NAOMI PARK,
Petitioner/Defendant/Intervenor-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001390; CIV. NO. 08-1-2221)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant/Intervenor-Appellant Patricia Naomi Park's Application for Writ of Certiorari, filed on February 8, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

